## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNICE PRYOR,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　Defendant. | Civil Action No. 18-921 (JDB)(GMH) |

## ORDER

Upon consideration of [11] the thorough Report and Recommendation from Magistrate Judge G. Michael Harvey dated September 18, 2018, the absence of any objections thereto, and the entire record herein, it is hereby

**ORDERED** that the Report and Recommendation dated September 18, 2018, is adopted in full; it is further

**ORDERED** that [8] plaintiff's motion for attorney's fees is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiff be awarded a total of $60,261.73 in fees and costs; and it is further

**ORDERED** that judgment be entered accordingly.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　United States District Judge

Dated:　October 3, 2018